1

2

3

4

5

6

7                              UNITED STATES DISTRICT COURT

8                              CENTRAL DISTRICT OF CALIFORNIA

9

10   HILA POPAJ,                              )    CASE NO. CV 11-6802-DSF (AGR)
                                              )
11                       Plaintiff,           )
                                              )    ORDER ACCEPTING FINDINGS AND
12          vs.                               )    RECOMMENDATION OF UNITED
                                              )    STATES MAGISTRATE JUDGE
13   MICHAEL J. ASTRUE, Commissioner of )
     Social Security,                         )
14                                            )
                         Defendant.           )
15   _____ )

16

17          Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on

18   file, and the Report and Recommendation of the United States Magistrate Judge.

19   Plaintiff has not filed any Objections to the Report.  The Court accepts the findings

20   and recommendation of the Magistrate Judge.

21          IT IS ORDERED that Judgment be entered for the defendant, the

22   Commissioner of Social Security Administration.

23          11/19/12

24   DATED: _____          _____
                                                 DALE S. FISCHER
25                                             United States District Judge

26

27

28