UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

HILA POPAJ,

Plaintiff,

vs.

MICHAEL J. ASTRUE, Commissioner of Social Security,

Defendant.

CASE NO. CV 11-6802-DSF (AGR)

JUDGMENT

In accordance with the Order Accepting Findings and Recommendation of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that judgment is entered for the defendant, the Commissioner of Social Security Administration.

DATED: 11/19/12

Dale S. Fischer

DALE S. FISCHER
United States District Judge